A CERTIFIED TRUE COPY
ATTEST

By Tanisha Spinner on Oct 29, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Oct 13, 2009

FILED
CLERK'S OFFICE

**IN RE: CHOCOLATE CONFECTIONARY**
**ANTITRUST LITIGATION**
    Albertson's LLC, et al. v. Cadbury Schweppes PLC, et al.,  )
        E.D. Pennsylvania, C.A. No. 2:09-4380           )         MDL No. 1935

## CONDITIONAL TRANSFER ORDER (CTO-7)

On April 7, 2008, the Panel transferred 15 civil actions to the United States District Court for the Middle District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 542 F.Supp.2d 1376 (J.P.M.L. 2008). Since that time, 60 additional actions have been transferred to the Middle District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Christopher C. Conner.

It appears that the action on this conditional transfer order involves questions of fact that are common to the actions previously transferred to the Middle District of Pennsylvania and assigned to Judge Conner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), this action is transferred under 28 U.S.C. § 1407 to the Middle District of Pennsylvania for the reasons stated in the order of April 7, 2008, and, with the consent of that court, assigned to the Honorable Christopher C. Conner.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Middle District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Oct 29, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel